# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MELODY VALENTIN

VERSUS

JAMARKUS D. MOSES

NO. 2020 CW 0633

**OCTOBER 26, 2020**

---

In Re:    Jamarkus D. Moses, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 2020-141.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** Relator's writ application contains a number of violations of Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal, namely, the lack of the exception of prescription filed by respondent, any opposition thereto filed by relator, and all pertinent court minutes, violations of Rule 4-5(C)(8)(9) & (10). Moreover, relator failed to file his writ application within the return date set by the district court, a violation of Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, all documents necessary to prove the timeliness of this application, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed no later than November 30, 2020, and must contain a copy of this ruling.

**VGW**
**JEW**

**Chutz, J.,** dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT